E-FILED
Monday, 04 August, 2025  03:20:23 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
07/03/2025
CT Log Number 549528800

## Service of Process Transmittal Summary

**TO:**     Maria Osusa
Otis Elevator Company
ONE CARRIER PLACE
FARMINGTON, CT 06032-2572

**RE:**     **Process Served in Illinois**

**FOR:**     Otis Elevator Company  (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MELODY POMPA // To: Otis Elevator Company |
| **CASE #:** | 2025LA0000115 |
| **NATURE OF ACTION:** | Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/03/2025 at 14:08 |
| **JURISDICTION SERVED:** | Illinois |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/07/2025, Expected Purge Date: 07/12/2025 |
| | Image SOP |
| | Email Notification,  Brenda Jacobs  brenda.jacobs@otis.com |
| | Email Notification,  Maria Osusa  maria.osusa@otis.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | Transmittal has been updated to reflect change in lawsuit type |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**                                  Thu, Jul 3, 2025
**Server Name:**                           Sheriff Drop

| | |
|---|---|
| Entity Served | OTIS ELEVATOR COMPANY |
| Case Number | 2025-LA-0000115 |
| Jurisdiction | IL |

| Inserts |
|---|
| | | |



FOREIGN

07/18

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
### PEORIA COUNTY

MELODY POMPA, )
           Plaintiff, )
vs. )      Case No.: 2025 – LA–0000115
)
OTIS ELEVATOR COMPANY, )
           Defendant, )      **Please Serve:**
and )      OTIS ELEVATOR COMPANY
POINTCORE CONSTRUCTION, LLC, )      c/o CT Corporation
     Respondent-in-Discovery. )      208 S. LaSalle St., Suite 814
                                       Chicago, IL 60604-1101

### SUMMONS

To each Defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

    NOTE: E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit **https://efile.illinoiscourts.gov/service-providers.htm** to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit **http://www.illinoiscourts.gov/FAQ/gethelp.asp**.

To the Officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

6/23/2025

WITNESS, _____ 2025 CB

Clerk of the Circuit Court

*Plaintiff's attorney (or plaintiff if he is not represented by attorney)*

(Seal of Court)
Location of Clerk's office:

Steven A. Wakeman
Address:  416 Main St., #1600
                Peoria, IL 61602
Telephone: 309-676-3612

Date of service: _____ 2025
  (To be inserted by officer on copy left with Defendant or other person.)

(SEAL — CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, PEORIA COUNTY ILLINOIS)

## SHERIFF'S FEES

Service and/or Return                 $_____

Mileage                               $_____

Total:                                $_____

I certify that I served this Summons on defendants as follows:
(Check appropriate box, and complete information below)

__ (a) (Individual defendants-personal):
     By leaving a copy and a copy of the complaint with each
     individual defendant personally.

__ (b) (Individual defendants-abode):
     By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with
     a person of his family, of the age of 13 years or upwards, informing that person of the contents and also by
     sending a copy of the Summons in a sealed envelope with postage fully prepaid, addressed to each
     individual defendant at his usual place of abode.

__ (c) (Corporation defendants):
     By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant
     corporation.

__ (d) (Other service):

Name of Defendant: _____

Name of Person
Summons given to: _____

Sex _____ Race _____ Approx. Age _____

Place of Service _____ Time _____m.

Date of Mailing _____

By_____, Deputy

___ (e) - Not Found
     The within named _____ not found in
     this County this _____ day of _____, 201__
Reason:_____

                         By:_____, Deputy
                         Sheriff of _____ County

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
## PEORIA COUNTY

| | | |
|---|---|---|
| MELODY POMPA, | ) | |
|          Plaintiff, | ) | |
| vs. | ) | Case No.: 2025 –LA–0000115 |
| | ) | |
| OTIS ELEVATOR COMPANY, | ) | **Please Serve:** |
|          Defendant, | ) | OTIS ELEVATOR COMPANY |
| and | ) | c/o CT Corporation |
| POINTCORE CONSTRUCTION, LLC, | ) | 208 S. LaSalle St., Suite 814 |
|          Respondent-in-Discovery. | ) | Chicago, IL 60604-1101 |

### SUMMONS

To each Defendant:

        YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

        NOTE: E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit **https://efile.illinoiscourts.gov/service-providers.htm** to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit **http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

To the Officer:

        This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

6/23/2025

WITNESS, _____ 2025   CB

Clerk of the Circuit Court

*Plaintiff's attorney (or plaintiff if he is not represented by attorney)*

Steven A. Wakeman
Address:   416 Main St., #1600
            Peoria, IL 61602
Telephone: 309-676-3612

(Seal of Court)
Location of Clerk's office:

Date of service: _____ 2025
  (To be inserted by officer on copy left with Defendant or other person.)

(SEAL — CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS · PEORIA COUNTY)

## SHERIFF'S FEES

Service and/or Return          $_____

Mileage                        $_____

Total:                         $_____

I certify that I served this Summons on defendants as follows:
(Check appropriate box, and complete information below)

__ (a) (Individual defendants-personal):
   By leaving a copy and a copy of the complaint with each
   individual defendant personally.

__ (b) (Individual defendants-abode):
   By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with
   a person of his family, of the age of 13 years or upwards, informing that person of the contents and also by
   sending  a copy of the Summons in a sealed envelope with postage fully prepaid, addressed to each
   individual defendant at his usual place of abode.

__ (c) (Corporation defendants):
   By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant
   corporation.

__ (d) (Other service):

Name of Defendant: _____

Name of Person
Summons given to: _____

Sex _____ Race _____ Approx. Age _____

Place of Service _____ Time _____m.

Date of Mailing _____

By_____, Deputy

___ (e) - Not Found
   The within named _____ not found in
   this County this _____ day of _____, 201__
Reason:_____

                              By:_____, Deputy
                              Sheriff of _____ County

FILED
ROBERT M. SPEARS
6/23/2025 11:14 AM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY

MELODY POMPA,                                      )
                Plaintiff,                )
vs.                                                )   Case No.: 2025 2025-LA-0000115
                              )
OTIS ELEVATOR COMPANY,                             )
                Defendant,                )   THIS CASE IS SET FOR A MANAGEMENT CONFERENCE
and                                                )   ON 12/5/25@9:00A IN COURTROOM 213/214
POINTCORE CONSTRUCTION, LLC,                       )   OF THE PEORIA COUNTY COURTHOUSE.
        Respondent-in-Discovery.       )   IF THE DEFENDANT(S) ANSWERS(S) MORE THAN 35 DAYS
                                  BEFORE THIS DATE, THEN THE PARTIES SHALL
                                  SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN
                                  25 DAYS OF THE DATE THE ANSWER'S PLED

## COMPLAINT

Plaintiff, MELODY POMPA, by and through her attorneys, KINGERY DURREE

WAKEMAN & O'DONNELL, ASSOC., for her Complaint against the Defendant, OTIS

ELEVATOR COMPANY, states as follows:

### COUNT I
### Ordinary Negligence - Compensatory Damages

1. The transaction hereinafter complained of occurred on April 11, 2024 in Peoria, Peoria County, Illinois.

2. On said date and at said place Defendant, OTIS ELEVATOR COMPANY, was a foreign corporation authorized and doing business in the State of Illinois and operating from an office in Lombard, Illinois.

3. At said time and place, Plaintiff, MELODY POMPA, was an employee of OSF Healthcare and St. Francis Medical Center.

4. On said date, Plaintiff was assigned by her employer to transport a patient in a wheelchair into an elevator to the parking garage at the newly constructed OSF Cancer Institute.

5. As part of her job duties, Plaintiff was required to transport patients in wheelchairs to and from the parking garage to the OSF Cancer Institute.

6. Plaintiff was acting within the scope and course of her employment at the time of the incident described herein.

7. When Plaintiff pushed the patient's wheelchair into the patient elevator at the newly opened parking garage for the OSF Cancer Institute, the elevator door closed rapidly and forcefully, striking Plaintiff's left arm and shoulder and striking the patient's wheelchair, and violently struck Plaintiff and pushed her into the wall of the elevator, injuring Plaintiff's left shoulder and arm, causing a left torn rotator cuff and torn left biceps.

8. An inspection of the elevator disclosed that (1) the speed of the elevator door closing mechanism needed to be turned down or slowed down; and (2) the sensor for the elevator car door protection system was turned off.

9. The Defendant, OTIS ELEVATOR COMPANY, knew or should have known of the dangerous condition created by the fact the car door protection system had been turned off and the elevator closing mechanism was closing too fast for safe passenger operation, as such conditions had previously been reported to the Defendant, OTIS ELEVATOR COMPANY, on or about March 25, 2024, through a Work Order request.

10. At the time and place of the occurrence, the Defendant, OTIS ELEVATOR COMPANY, was negligent in one or more or all of the following ways:

(a)    Put into service a passenger elevator #P-1 which was unsafe for passenger usage;
(b)    Failed to inspect elevator #P-1 to determine that the speed of the elevator door closing mechanism needed to be turned down or slowed down;
(c)    Failed to inspect elevator #P-1 to determine that the car door protection system was either turned off or malfunctioning, allowing the elevator door to close on a passenger and physically strike the passenger;
(d)    Put into service an elevator #P-1 with a defective or malfunctioning car door protection system;
(e)    Put into service an elevator #P-1, with an elevator door closing mechanism which

2

allowed the elevator door to close at an excessive speed, with excessive force.

11. As a direct and proximate result of one or more or all of the foregoing negligent acts or omissions, Plaintiff suffered serious and permanent injuries to her left shoulder and bicep, including loss of a normal life, pain and suffering, and disfigurement, past present and future; has incurred doctor and hospital bills and will in the future incur doctor and hospital bills; has lost wages and earnings and will in the future incur lost wages and earnings; and has otherwise been injured.

WHEREFORE, Plaintiff, MELODY POMPA, prays for the entry of a judgment against the Defendant, OTIS ELEVATOR COMPANY, a foreign corporation, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) compensatory damages and costs.

PLAINTIFF DEMANDS TRIAL OF THIS CAUSE BY JURY.

## COUNT II
### Respondent-in-Discovery

Plaintiff hereby designates POINTCORE CONSTRUCTION, LLC, as a Respondent-in-Discovery, pursuant to 735 ILCS 5/2-402.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

MELODY POMPA, Plaintiff,

By: _____
Steven A. Wakeman

Steven A. Wakeman
KINGERY DURREE WAKEMAN
& O'DONNELL, ASSOC.
416 Main Street, Suite 1600
Peoria, IL 61602
Phone: (309) 676-3612
Fax: (309) 676-1329
sawakeman@kdwolaw.com

3

## PRAECIPE FOR SUMMONS

The Clerk of the Circuit Court of Peoria County is hereby requested to issue Summons to

the Defendant and Respondent-in-Discovery as follows, to be served by an appropriate process

server, returnable as provided by law:

**Defendant:**                           **OTIS ELEVATOR COMPANY**
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604-1101

**Respondent-in-Discovery:**  **POINTCORE CONSTRUCTION, LLC.**
c/o Danielle McNear, Registered Agent
124 SW Adams St.
Peoria, IL 61602-1308

Steven A. Wakeman
KINGERY DURREE WAKEMAN
 & O'DONNELL, ASSOC.
416 Main Street, Suite 1600
Peoria, IL   61602-1170
Phone: (309) 676-3612
sawakeman@kdwolaw.com

4

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY

| | | |
|---|---|---|
| MELODY POMPA, | ) | |
|       Plaintiff, | ) | |
| vs. | ) | Case No.: 2025 |
| | ) | |
| OTIS ELEVATOR COMPANY, | ) | |
|       Defendant, | ) | |
| and | ) | |
| POINTCORE CONSTRUCTION, LLC, | ) | |
|       Respondent-in-Discovery. | ) | |

**RULE 222 AFFIDAVIT**

State of Illinois      )
                  ) SS.
County of Peoria     )

I, STEVEN A. WAKEMAN, being first duly sworn, upon my oath state:

1. I am filing this Affidavit pursuant to Illinois Supreme Court Rule 222;

2. I have been retained by Plaintiff, MELODY POMPA, to pursue a cause of action on her behalf arising out of injuries she received on April 11, 2024 while entering an elevator to the parking garage of OSF Cancer Institute, in the City of Peoria, County of Peoria, and State of Illinois.

3. The total of money damages we will seek in this cause is greater than $50,000.00.

FURTHER AFFIANT SAYETH NOT.

_____
Steven A. Wakeman
Attorney for Plaintiff

Steven A. Wakeman
KINGERY DURREE WAKEMAN
  & O'DONNELL, ASSOC.
416 Main Street, Suite 1600
Peoria, IL   61602-1166
Phone: (309) 676-3612
Fax: (309) 676-1329
sawakeman@kdwolaw.com